EVA SHIELDS, Respondent, *v.* VAN KELTON AMUSEMENT CORPORATION, Appellant.

Reported below, 186 App. Div. 946.
(Submitted February 3, 1919; decided February 7, 1919.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 31, 1918, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries.

The motion was made upon the ground that the exceptions are frivolous and the appeal taken solely for purposes of delay.

*Abraham Rickman* for motion.
*Walter L. Glenney* opposed.

Motion denied, with ten dollars costs.